HS&E

HARTER · SECREST & EMERY · LLP
ATTORNEYS AND COUNSELORS

May 13, 2005

VIA: FACSIMILE AND UPS NEXT DAY AIR

Magistrate Judge David E. Peebles
United States District Court
Northern District of New York
100 South Clinton Street
P.O. Box 7367
Syracuse, New York 13261-7367

**Re: *J.C. Penney Corporation, Inc. v. Carousel Center Company, L.P.***
**Civil Action No. 5:02-CV-1360 (HGM) (DEP)**

Dear Magistrate Judge Peebles:

On behalf of J.C. Penney Corporation, Inc. ("JCPenney") in the above-referenced matter, enclosed please find an article that appeared in The Post-Standard on Thursday, May 12, 2005. This article, entitled *City gets expansion plans for Carousel,* appeared just one day after this Court held oral argument on JCPenney's motion to compel. As you can see, this article discusses many issues implicated by JCPenney's motion to compel, including that the DestiNY USA planners have completed final expansion plans and submitted the same to the City of Syracuse; DestiNY USA officials have participated in six lengthy meetings with the City departments responsible for reviewing the site, architectural, structural, and mechanical plans; and construction permits are likely to be issued in the next four to six weeks, which would allow construction to begin in June of 2005. This article also states that the DestiNY USA developer has already asked the City of Syracuse Industrial Development Agency to begin condemnation proceedings against JCPenney to acquire the consent rights contained in JCPenney's lease.

This article undercuts Carousel Center Company, L.P.'s ("Carousel") argument that nothing is being built at the Carousel Mall. It appears that Carousel intends to build an 848,000 square foot expansion imminently.

Thank you for your consideration of this matter.

Very truly yours,

HARTER, SECREST & EMERY LLP

Kimberly I. Shimomura
DIRECT DIAL 716-845-4238
E-MAIL KSHIMOMURA@HSELAW.COM

KIS/
Enclosure

cc: Timothy J. Lambrecht, Esq. (via facsimile and first-class mail) (w/encl.)

yracuse .COM

# The Post-Standard

## / gets expansion plans for Carousel

day, May 12, 2005

**ick Moriarty**
**writer**

iny USA planners have given the city hundreds of pages of engineering plans and could be :s away from getting permits to begin construction of a $340 million, 848,000-square- foot ion to the Carousel Center shopping mall.

plans show a three-story addition, with the first two floors filled with retail and the third floor for restaurants, theaters and a re-creation of the Erie Canal. A large atrium much bigger the one in the existing mall would top the expansion.

s also call for an eight-story, 6,000-car parking garage that would stretch almost the entire h of the mall. It would be the largest parking facility in the city.

porary surface parking would be provided on both sides of Solar Street south of Hiawatha evard during the construction, with shuttle buses running from those lots to the mall.

Syracuse Industrial Development Agency, which is playing a key role in the project, has said uld not allow temporary parking south of Hiawatha Boulevard. Officials said Wednesday that ion could change because temporary parking would be required until the garage is built.

expansion would not require Hiawatha Boulevard to be closed, as in a much earlier version e plan.

departments responsible for reviewing the site, architectural, structural and mechanical 0

s are well into that review and have held six lengthy meetings with Destiny officials to iss the details, city officials said.

ng those meetings, most concerns were addressed, the officials said. Among the few that iin is the submittal by Destiny of an up-to-date traffic plan for the construction and post-truction phases of the project.

re very pleased and very appreciative of the mutual collaboration," city Corporation Counsel Bright said Wednesday.

usel owner Robert Congel has said he will rename the expanded mall Destiny USA and tually merge it with the multibillion-dollar retail and entertainment resort of the same name ne plans to build in the city's lakefront.

cooperation between Congel's team and city officials on the expansion stands in contrast to continuing dispute over Empire Zone acreage at the Syracuse Inner Harbor less than a mile

: south.

el wants to begin construction of his resort at the harbor and expand it north to the usel Center, but he has refused to go forward with the harbor project until the city and state re Empire Zone status, which brings with it general state tax credits, to seven acres of land .

ny USA officials did not return phone calls seeking comment Wednesday.

:ompany has not set a date for construction to start, but June has been discussed.

etter May 3 to Destiny's construction manager, Director of Code Enforcement James :man said the construction permits the expansion will require - about 60 - could be issued in o six weeks once his office has received applications and the appropriate review fees. That able would allow for construction to start in June.

:man said Wednesday the company will spend months driving support piles into the ground e the addition begins to rise.

i0 construction permits are just for the mall building. Thousands more construction permits e required for the build-out of the interior of the stores that go into the addition, he said.

el has not given the city a list of tenants for the expansion. Bright said the city is not ring the list because the bank lending Congel the $340 million for the expansion will require nformation.

: bank is willing to loan $340 million, that's good enough," she said.

leveloper has asked the agency to begin condemnation proceedings against three of the ; biggest stores - the Kaufmann's, Lord & Taylor and J.C. Penney department stores.

action would take away the stores' rights under their leases to veto the project. They have :hey are not necessarily opposed to the expansion but are concerned it will diminish their inent positions in the mall.

ny also is asking the agency to condemn the Borders Books & Music store because that's e the addition will be attached to the mall, Bright said.

levelopment agency likely will start the proceedings soon, she said. The agency's directors l in 2002 to use its eminent domain powers to facilitate the expansion, but it has not taken ecessary court action to condemn the properties and lease rights.

nsion of the mall by at least 800,000 square feet of leasable area is required for Congel to y for a 30-year property tax exemption on Carousel. The city and Onondaga County agreed e him the exemption in hopes that the Destiny resort will create much more in sales tax ues and jobs.

levelopment agency also must issue bonds to finance public improvements for the project, ding parking facilities and roadway improvements. Destiny officials have told the city they :o ask for more than $100 million in bonds from the agency.

er the city nor its development agency would put up money for the expansion. Private tors would buy the bonds, and the developer would be solely responsible for repaying the 's.

© 2005 The Post-Standard. Used with permission.

Copyright 2005 syracuse.com. All Rights Reserved.