# Exhibit A to Premo Affidavit

Pyramid Company of Onondaga
The Clinton Exchange
4 Clinton Square
Syracuse, New York 13202-1078

Via Certified Mail P 572 943 727

December 19, 1995

Attn: Real Estate Counsel
JC Penney Company, Inc.
Real Estate Department
P.O. Box 10001
Dallas, Texas 75301-2105

RECEIVED
DEC 2 8 1995
REAL ESTATE DEPT.

RECEIVED
DEC 2 8 1995
REAL ESTATE DEPT.

RE: JC Penney #2457-0 - 910101
Carousel Center Mall - Syracuse, New York

Dear Sir:

Please be advised that the undersigned, as Landlord under your Lease at the above captioned location, (this Lease may have been amended, the "Lease") has transferred and conveyed all of its interest in the Lease to Carousel Center Company, L.P., a New York Limited Partnership (the "Successor Landlord") as of October 17, 1995. This transfer was made in conjunction with certain financing made available for the Shopping Center.

The Successor Landlord has succeeded to all of the obligations of the Landlord from and after October 17, 1995. The property continues to be managed by Pyramid Management Group, Inc., an affiliate of The Pyramid Companies.

Commencing immediately all rent and other charges due under the Lease (including any past due rent, if any) should be paid to the Successor Landlord as follows:

CAROUSEL CENTER COMPANY, L.P.
P.O. Box 2632
Buffalo, New York 14240-2632

Effective immediately, all correspondence to and communication with Landlord under the Lease should be directed as follows:

CAROUSEL CENTER COMPANY, L.P.
The Clinton Exchange
4 Clinton Square
Syracuse, New York 13202-1078

Very truly yours,

PYRAMID COMPANY OF ONONDAGA

By: [signature]
General Partner

BAK:df