UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
AUG 11 2008
AT ___ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

J.C. Penney Corporation Inc.;
Gilberto Felix;
Jonathan Lee Riches;
Nancy Hellmich;
Selim ALGAR,
Plaintiffs
V.
Carousel Center Company LP.,
Defendants

CASE NO: 5:02-CV-1360 (~~HGM~~ FJS/DEP)
Motion For Reconsideration

Motion For Reconsideration & Clarification
Motion to Intervene As Plaintiffs under Fed R. civ P rule 24(A)2

Comes now the Plaintiffs, Gilberto Felix, Jonathan Lee Riches, Nancy Hellmich, and Selim ALGAR, intervenors, moves this honorable court to intervene as Plaintiffs in this case under Fed. R. civ. P rule 24(A)2 - as a matter of right or rule 24(B) - permissive Intervention. we have information regarding this case to support the Plaintiffs claims, as with stock ownership and customers loyal to J.C. Penney, our intervention presents Questions of Law and Facts that are common in this Action. Plaintiffs can provide information, and documents. Moves this court for a motion for reconsideration to allow intervention with New Information. Plaintiffs pray this court will grant their motions.

respectfully,

Gilberto Felix
Gilberto Felix
#70746-004
Fci williamsburg
P.O. Box 340
Salters, SC 29590

[signature]
Jonathan Lee Riches
#40948-018
Fci williamsburg
P.O. Box 340
Salters, SC 29590

Nancy Hellmich
Nancy Hellmich
7950 Jones Branch DR.
McLean, virginia 22108

Selim ALGAR
Selim ALGAR
1211 Ave of the Americas
NY, NY 10036-8790